FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 15 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>SEAN CYRIL FRANKLIN,<br>      Defendant. | Case No.: CR08-1353-RGK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of CA**, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **lack of amenability to supervision** _____

```
 1  _____
 2  _____
 3      and/or
 4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
 5      convincing evidence that he/she is not likely to pose a danger to the safety of any
 6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
 7      finding is based on _____
 8      history of substance abuse
 9      history of violent crime
10      _____
11      _____
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  1/15/16
17                                      KAREN E. SCOTT
                                        UNITED STATES MAGISTRATE JUDGE
```